# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **JENNY RENIGH HUETT,** | } |
| Plaintiff, | } |
| v. | } Case No.: 7:19-CV-00764-HNJ |
| **SOCIAL SECURITY ADMINISTRATION, COMMISSIONER,** | } |
| Defendant. | } |

## MEMORANDUM OPINION

On December 29, 2020, the Magistrate Judge's Report and Recommendation was entered recommending that the court affirm the Commissioner's decision. The parties were allowed therein fourteen (14) days in which to file objections to the Report and Recommendation. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge and **ACCEPTS** his Recommendation. In accordance with the Recommendation, the court finds that the Commissioner's decision is due to be affirmed.

An order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this February 2, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE